UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY B. III,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:25-cv-00376-GCS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

**SISON, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. (Doc. 13). The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *See Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the ALJ should "re-evaluate the opinions and findings on claimant's functioning under 20 C.F.R. §§ 404.1520c, 416.920c, re-evaluate the RFC finding, take further action to complete the administrative record resolving the

---

[1] Plaintiff's full name will not be used in this Order due to privacy concerns. *See* FED. R. CIV. PROC. 5.2(c) and the Advisory Committee Notes thereto.

above issues, offer claimant the opportunity for a new hearing, and issue a new decision[.]" (Doc. 13, p. 1).

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner (Doc. 13) is **GRANTED**. The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  May 28, 2025.**

Digitally signed by Judge Sison
Date: 2025.05.28 10:43:08 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**